United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD VAUGHN OLIPHANT,<br><br>        Plaintiff,<br><br>   v.<br><br>BRIAN T. MOYNIHAN, et al.,<br><br>        Defendants. | Case No.  15-cv-01187-HSG<br><br>**ORDER REGARDING MOTIONS FOR EXTENSION OF TIME**<br><br>Re: Dkt. Nos. 15, 16, 18 |

Plaintiff Leonard Vaughn Oliphant and Defendants Terry Hutchens and Natasha Barone filed motions requesting extensions of time.  Oliphant requests an extension of time to file his response to Defendant Brian Moynihan and Bruce Thompson's motion to dismiss.  Dkt. No. 18.  Hutchens and Barone move to extend the time to answer or otherwise respond to Oliphant's Amended Complaint.  Dkt. Nos. 15, 16.  The Court notes that all three parties filed their motions on or after the deadline they seek to extend.  Such motions are not timely.  Notwithstanding this failure, the Court will extend all three deadlines to no later than May 15, 2015.  Any future untimely motions for an extension of time may not be considered by the Court.

The parties are advised that the Legal Help Center at both the San Francisco and Oakland Federal Courthouses provides free information and limited-scope legal advice to pro se litigants in civil cases.  Services are provided by appointment only. An appointment may be scheduled by either: (1) signing up in the appointment book located outside the door of the Legal Help Center in San Francisco or Oakland; or (2) calling (415) 782-8982.

**IT IS SO ORDERED.**

Dated:  5/4/2015

                                                                       HAYWOOD S. GILLIAM, JR.
                                                                       United States District Judge