UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARD VAUGHN OLIPHANT,

    Plaintiff,

    v.

BRIAN T. MOYNIHAN, et al.,

    Defendants.

Case No. 15-cv-01187-HSG

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 26

    Plaintiff Leonard Vaughn Oliphant's deadline respond to Defendant Brian T. Moynihan's Motion to Dismiss was April 27, 2015. The Court extended that deadline to May 15, 2015 in response to Oliphant's First Motion for an Extension of Time. *See* Dkt. No. 23.[1] On May 15, 2015, Oliphant again moved the Court to extend his deadline, this time to May 29, 2015. *See* Dkt. No. 26. Defendant Moynihan opposes Oliphant's second request for an extension. *See* Dkt. No. 27.

    Oliphant's Motion is **GRANTED**. Oliphant must respond to Moynihan's Motion to Dismiss no later than May 29, 2015. The Court will not entertain further requests for extensions of time to respond to Moynihan's Motion to Dismiss.

    **IT IS SO ORDERED.**

Dated: May 18, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In that Order, the Court noted that Oliphant's April 24, 2015 motion for an extension was submitted to the Court the day his response to Moynihan's Motion was due. Under Federal Rule of Civil Procedure 6(d), Oliphant's response was due on April 27, 2015.