UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD VAUGHN OLIPHANT,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN T. MOYNIHAN, et al.,<br><br>    Defendants. | Case No. 15-cv-01187-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO CONTINUE**<br><br>Re: Dkt. Nos. 38, 39 |

On May 26, 2015, Plaintiff Oliphant moved the Court to continue the hearing on a pending motion to dismiss from June 11, 2015 to July 16, 2015, *see* Dkt. No. 38, to extend his deadline to file a Rule 26(f) Report, complete or object to initial disclosures, and file a joint case management statement to July 9, 2015, *see* Dkt. No. 39, and to continue the case management conference in this action from June 9, 2015 to July 16, 2015, *see id.*

Oliphant's motion to continue the June 11, 2015 hearing date to July 16, 2015 is **GRANTED**. All three motions to dismiss currently pending in this action, Dkt. Nos. 12, 29, 31, will be heard on July 16, 2015 at 2 p.m. All other relief requested by Oliphant is **DENIED**. Oliphant's opposition (or statement of non-opposition) to Moynihan and Thompson's Motion to Dismiss remains due no later than May 29, 2015. Dkt. Nos. 35 and 37. The joint case management conference statement is due no later than June 2, 2015. Dkt. No. 9. The case management conference will be held on June 9, 2015 at 2 p.m. *Id.* All other deadlines remain in place as prescribed by the Federal Rules of Civil Procedure and this District's Civil Local Rules.

**IT IS SO ORDERED.**

Dated: May 27, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge