UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD VAUGHN OLIPHANT,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN T. MOYNIHAN, et al.,<br><br>        Defendants. | Case No. 15-cv-01187-HSG<br><br>**ORDER REGARDING PLAINTIFF'S MOTIONS**<br><br>Re: Dkt. Nos. 41, 42, 45 |

On June 4, 2015, the Court dismissed the Amended Complaint in this action with Leave to Amend. *See* Dkt. No. 55. Accordingly, Plaintiff's Motions for an Extension of Time, Dkt. No. 41 and 42, and Plaintiff's Motion for Partial Summary Judgment, Dkt. No. 45, are **DENIED AS MOOT**. The Case Management Conference scheduled for June 9, 2015 is **VACATED**. The Court will determine whether to schedule another Case Management Conference after the Second Amended Complaint is filed.

**IT IS SO ORDERED.**

Dated: June 4, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge